**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| EDWARD JEFFERSON | : |
| Plaintiff | : |
| | : Civil Action No.: JFM-09-1855 |
| -v- | : |
| STATE OF MARYLAND and | : |
| BALTIMORE CITY DEPARTMENT | |
| AND HOMICIDE DIVISION | |
| Defendants | : |

.0.

**MEMORANDUM**

The above-captioned case was filed on July 15, 2009, together with a motion to proceed in forma pauperis. Because he appears to be indigent, plaintiff's motion shall be granted.

Plaintiff alleges his September 16, 1989 arrest and detention was unconstitutional entitling him to monetary damages. Paper No. 1. Specifically, he claims Baltimore City detectives entered into his aunt's house without a search or arrest warrant, handcuffed him, and took him to the "Homicide Station" where he was held for ten hours and questioned about a murder. *Id*. He further claims he was never brought before a magistrate during the time he was questioned, was not permitted to leave, and was not allowed to call family or an attorney. After his interrogation criminal charges were filed against him and he was transferred to Baltimore City Jail. *Id*.

Plaintiff does not mention whether the arrest in question resulted in his current incarceration' however, a review of the cases plaintiff cites in his memo reveal that none of the convictions referenced been overturned. *See State of Maryland v. Edward Jefferson*, Case No. 18928906, 07, and 09 (Balt. City Cir. Ct.); *see* http//:casesearch.courts.state.md.us.   Thus, even

if the lawsuit is not barred by the statute of limitations[1] it may not be pursued unless plaintiff's conviction are overturned or vacated. *See Heck v. Humphrey*, 512 U. S. 477, 487 (1994). Accordingly, by separate order which follows, plaintiff's complaint will be dismissed without prejudice.


July 30, 2009  
Date

__/s/_____  
J. Frederick Motz  
United States District Judge

---

[1] Although 42 U.S.C. §1983 does not include a statute of limitations, the applicable state statute of limitations applies. In Maryland the statute of limitations is three years. *See* Md. Cts & Jud. Proc. Code Ann. § 5-101